UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rebecca Wild,

    Plaintiff,

v().                                            Civil No. 07-1372 (JNE/JSM)
                                                ORDER

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Janie S. Mayeron, United States Magistrate Judge, on February 14, 2008. The magistrate judge recommended that Defendant's Motion to Dismiss be granted. Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.    Defendant's Motion to Dismiss [Docket No. 3] is GRANTED.

2.    This case is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 13, 2008

                                                                       s/ Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge